UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Bryan Mornyngstarr Bernard

                    v.                              Civil No. 12-cv-509-JL

Valley Street Jail


O R D E R

        No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Landya B. McCafferty dated April 10,
2013.  "'[O]nly those issues fairly raised by the objections to the
magistrate's report are subject to review in the district court and those
not preserved by such objection are precluded on appeal.'"  School Union
No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting
Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st
Cir.1988));  see also United States v. Valencia-Copete, 792 F.2d 4, 6
(1st Cir. 1986) (after proper notice, failure to file a specific
objection to magistrate's report will waive the right to appeal).


        SO ORDERED.

                                        _____
                                        Joseph N. Laplante
                                        Chief Judge


Date: May 13, 2013

cc:  Bryan Mornyngstarr Bernard, pro se